IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 4:04cr37-RH
    4:08cv10-RH/WCS

TERRY L. SCOTT,

    Defendant.

_____/

**ORDER DENYING § 2255 MOTION**

This case is before the court on the magistrate judge's report and recommendation (document 81) and the defendant's objections (document 82). In addition, the defendant has moved to accept the objections as timely.

I accept the objections as timely. I have reviewed *de novo* the issues they raise. Upon consideration,

IT IS ORDERED:

The defendant's motion to accept his objections as timely (document 83) is GRANTED. The report and recommendation (document 81) is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "The

defendant's motion for relief under 28 U.S.C. § 2255 is DENIED WITH PREJUDICE."  The clerk must close the file.

SO ORDERED on May 19, 2009.

s/Robert L. Hinkle<br>
Chief United States District Judge